UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | SAMC 22-00015-FWS (KESx) | Date | September 19, 2022 |
|---|---|---|---|
| Title | Nvidia Corporation et al v. Vineer Bhansali | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:  ATTORNEYS PRESENT FOR DEFENDANT:

None Present  None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER CLOSING ACTION**

In light of the Notice of Withdrawal of Defendants' Motion to Compel Testimony of Third Party Vineer Bhansali [9], the court **CLOSES** this action.

       -   :   -

Initials of Deputy Clerk   mku

cc: